UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ROBERT M. WESOLOWSKI,

                    Plaintiff,

                                     ORDER

                                     04-CV-6387L

           v.

DANIEL SULLIVAN, et al.,

                    Defendants.
_____

     By letter dated November 3, 2006, plaintiff, Robert Wesolowski, requested an additional 60 days within which to submit papers in opposition to defendants' summary judgment motion. That request is granted. Plaintiff must file papers in opposition by January 5, 2007.

     IT IS SO ORDERED.

                                        _____
                                            DAVID G. LARIMER
                                        United States District Judge

Dated: Rochester, New York
       November 14, 2006.